**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:02-cr-31-DBH |
| | ) | |
| KEVIN RICHARD HALL, | ) | |
| DEFENDANT | ) | |

**ORDER ON MOTION TO CLARIFY AND TO AMEND
TERMS OF SUPERVISED RELEASE**

The motion is **GRANTED IN PART AND DENIED IN PART**.

It appears that the defendant has satisfied (by compromise with the government) his financial obligations that the sentence imposed. There is therefore no reason to keep Special Conditions 1 and 2, relating to his finances and credit, and they are removed. I do not thereby condone the defendant's noncompliance with previous directives of the Probation Office or his attitude toward that office as reflected in his written filings. But if there are violations that deserve punishment, they should be pursued accordingly, not used as a reason to maintain conditions of supervised release that no longer are relevant.

Special Conditions 3 (and 4, which is not in dispute) shall remain in effect, given the nature of the defendant's conviction.

**SO ORDERED.**

**DATED THIS 24TH DAY OF APRIL, 2012**

/s/D. Brock Hornby
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**