# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | **CRIMINAL NO. 2:02-CR-31-DBH** |
| ) | |
| **KEVIN RICHARD HALL,** ) | |
| ) | |
| **DEFENDANT** ) | |

## ORDER ON MOTION TO EXTEND TIME

The motion is **GRANTED IN PART**. William M. Ferrell, Jr. has until July 17, 2013, to file written objections. No more time should be necessary, and there will be no further extensions. The Clerk's Office informs me that the court file was returned to this court from the court of appeals on May 22, 2013, and that the file now is in the Portland Office.

**SO ORDERED.**

**DATED THIS 18TH DAY OF JUNE, 2013**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**